JOHN A. DAUGHERTY v. JASPER P. RINGO, ET AL.

[Abstract Kentucky Law Reporter, Vol. 1—272, 282.]

**Right to Prosecute an Appeal.**

One who has been adjudged a bankrupt has no right to prosecute and appeal, and such an appeal will be dismissed.

APPEAL FROM FLEMING CIRCUIT COURT.

September 15, 1880.

OPINION BY JUDGE COFER:

The appellant, having been adjudged a bankrupt, has no right to prosecute this appeal and it is *dismissed.*

W. H. Cord, for appellant.   Andrews & Sudduth, for appellees.

[Cited, *Simpson v. Commonwealth,* 31 Ky. L. 821, 104 S. W. 269.]